Opinion issued April 1, 2010 



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00050-CR

———————————

NELSON
ISAAC FLORES, Appellant

V.

THE STATE OF TEXAS, Appellee



 



 

On Appeal from the 180th District Court  

 Harris County, Texas



Trial Court Case No. 998121

 



 

MEMORANDUM OPINION

          Appellant,
Nelson Isaac Flores, has filed a pro se motion to dismiss the above-referenced
appeal.  The motion complies with the
Texas Rules of Appellate Procedure.  See
Tex. R.
App. P. 42.2(a). 

          We have not yet issued a decision.
Accordingly, the motion is granted and the appeal is dismissed.

PER CURIAM

Panel
consists of Justices Keyes, Sharp, and Massengale.

Do
not publish.   Tex. R. App. P. 47.2(b).